# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2024
No. 98-2028
No. 98-2030

_____

Esau Trust; Lee Smith; Kevin Lamont    *
Evans,    *
   *
       Appellants,    *
   *    Appeals from the United States
     v.    *    District Court for the
   *    Western District of Missouri.
Jody Jackson; Kelly Lock; Herbert    *
Albright,    *    **[UNPUBLISHED]**
   *
       Appellees.    *

_____

Submitted: July 7, 1999
Filed: August 13, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Missouri inmates Esau Trust, Lee Smith, and Kevin Lamont Evans appeal the grant of summary judgment dismissing their 42 U.S.C. § 1983 claims for interference with their First Amendment right to the free exercise of their Islamic religion, and for violating their Fourteenth Amendment right to equal protection of the law. On appeal,

they argue the district court[1] erred in upholding unnecessarily harsh or discriminatory restrictions and practices imposed by corrections officials at the Central Missouri Correctional Center. After careful *de novo* review of the summary judgment record, we affirm for the reasons stated in the December 5, 1997, Report, Recommendation and Order of the Magistrate Judge, as affirmed by the district court in its Order of January 20, 1998. See 8th Cir. Rule 47B. We reject appellants' contention that the court erred in failing to apply the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb-1(c), because that statute has been declared unconstitutional. See Montano v. Hedgepeth, 120 F.3d 844, 847 n.8 (8th Cir. 1997).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1] The HONORABLE NANETTE K. LAUGHREY, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the HONORABLE WILLIAM A. KNOX, United States Magistrate Judge for the Western District of Missouri.